# Exhibit A

## Exhibit A

## (Plaintiffs' Proposed Interrogatories)[1]

**Proposed Interrogatory Nos. 1–17:**

1. Identify all data in Your possession which You originally acquired from Libgen, including all books, articles, metadata, or other information in .txt, .pdf, .epub, .mobi, .csv, .json, .html, or other format,

2. as well as the identity of the individual(s) who acquired the data,

3. the contents of the data,

4. the location(s) where all copies of the data are or have been stored,

5. the number of copies OpenAI has made of the data,

6. the reasons for those copies,

7. and the size of any file containing the data.

8. To the extent the data in question is included in a larger collection, e.g. included within datasets used for LLM training or stored in a personal Azure collection, identify the name of that larger collection,

9. the individual who compiled that larger collection,

10. the date on which that larger collection was originally created,

11. the date on which the Libgen data was added to that larger collection,

12. the reason for its creation,

13. the number of copies You have made of that larger collection,

14. the reason for those copies,

15. the reason the larger collection was not deleted as part of OpenAI's efforts to delete all data acquired from Libgen,

16. any differences between the data included in that larger collection and the data OpenAI originally acquired from Libgen,

17. and the reasons for such differences.

---

[1] Plaintiffs' proposed interrogatories are copied **verbatim** from Plaintiffs' Mot., Ex. 12 at 12–13, with numbering added for each discrete subpart.

3208739

**Proposed Interrogatory Nos. 18–38:**

18. Identify all data that You have deleted which You originally acquired from Libgen, including all books, articles, metadata, or other information in .txt, .pdf, .epub, .mobi, .csv, .json, .html, or other format,

19. as well as the identity of the individual(s) who acquired the data,

20. the contents of the data,

21. the location(s) where all copies of the data were stored,

22. the number of copies OpenAI made of the data prior to deletion,

23. the reasons for those copies,

24. the size of any file which contained the data,

25. the date the data was deleted,

26. and the individual who deleted it.

27. To the extent the data in question was included in a larger collection, e.g. included within datasets used for LLM training or stored in a personal Azure collection, identify the name of that larger collection,

28. the individual who compiled that larger collection,

29. the date on which that larger collection was originally created,

30. the date on which the Libgen data was added to that larger collection,

31. the reason for its creation,

32. the number of copies You made of that larger collection,

33. the reason for those copies,

34. the date on which that larger collection was deleted,

35. the reason for its deletion,

36. any differences between the data included in that larger collection and the data OpenAI originally acquired

37. or data which OpenAI subsequently recovered,

38. and the reasons for such differences.

3208739