# Exhibit B

## Exhibit B

In each of the ten complaints Plaintiffs filed prior to June 2025, Plaintiffs defined the proposed class to be limited to authors whose works were used as training data/to train LLMs or GPT models:

| Underlying Action | Class Definition Includes |
|---|---|
| *Tremblay et al. v. OpenAI Inc. et al.*, No. 23-cv-3223 (N.D. Cal.) | "[A]ny work that was used as training data for the OpenAI Language Models" (Dkt. 120 ¶ 53.) |
| *Tremblay et al. v. OpenAI Inc. et al.*, No. 23-cv-3223 (N.D. Cal.) | "[A]ny work that was used as training data for the OpenAI Language Models" (Dkt. 1 ¶ 42.) |
| *Chabon et al. v. OpenAI Inc. et al.*, No. 25-cv-3291 (N.D. Cal.) | "[A]ny written work that OpenAI used to train any GPT model" (Dkt. 11 ¶ 66.) |
| *Chabon et al. v. OpenAI Inc. et al.*, No. 25-cv-3291 (N.D. Cal.) | "[W]ritten work that OpenAI used to train any GPT model during the Class Period" (Dkt. 1 ¶ 56.) |
| *Silverman et al. v. OpenAI Inc. et al.*, No. 25-cv-3483 (N.D. Cal.) | "Any work that was used as training data for the OpenAI Language Models" (Dkt. 1 ¶ 43.) |
| *Authors Guild, et al. v. OpenAI Inc. et al.*, No. 23-8292 (S.D.N.Y.) | Works "the text of which has been, or is being, used by Defendants to 'train' one or more of Defendants' large language models" (Dkt. 69 ¶ 394.) |
| *Authors Guild, et al. v. OpenAI Inc. et al.*, No. 23-cv-8292 (S.D.N.Y.) | Works "the text of which has been, or is being, used by Defendants to 'train' one or more of Defendants' large language models" (Dkt. 40 ¶ 321.) |
| *Authors Guild, et al. v. OpenAI Inc. et al.*, No. 23-cv-9292 (S.D.N.Y.) | Works "the text of which has been, or is being, used by Defendants to 'train' one or more of Defendants' large language models" (Dkt. 1 ¶ 312.) |
| *Alter et al. v. OpenAI Inc. et al.*, No. 23-cv-10211 (S.D.N.Y.) | Works that "were or are used by Defendants in training their generative artificial intelligence models" (Dkt. 1 ¶ 81.) |
| *Basbanes et al. v. Microsoft Corp. et al.,* No. 24-cv-84 (S.D.N.Y.) | "[W]orks which ha[ve] been, or [are] being, used by Defendants to train their large language models" (Dkt. 1 ¶ 121.) |