# Exhibit C

**Exhibit C**

The pages that follow are excerpts from the S.D.N.Y. Plaintiffs' First, Second, and Third Sets of Interrogatories to OpenAI. As relevant to OpenAI's Opposition to the pending Motion, OpenAI respectfully directs the Court's attention to Interrogatories Nos. 1, 7, 8, 9, and 15, which are highlighted for ease of reference.

3208748

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUTHORS GUILD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OPEN AI INC., et al., <br><br> Defendants. | ECF CASE <br><br> No. 1:23-cv-08292-SHS; <br> No. 1:23-cv-10211-SHS <br><br> **PLAINTIFFS' FIRST SET OF INTERROGATORIES TO OPENAI** |
| JONATHAN ALTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OPENAI, INC., et al., <br><br> Defendants. | |

**PLAINTIFFS' FIRST SET OF INTERROGATORIES TO OPENAI**

Plaintiffs, by and through their undersigned attorneys, request that OpenAI provide an answer to the Interrogatories within thirty (30) days of the date of service hereof as provided by Federal Rule of Civil Procedure 33.

**DEFINITIONS**

1. "**Action**" shall mean *Authors Guild, et al., v. OpenAI, et al.*, No. 1:23-cv-08292-SHS (S.D.N.Y.) and *Jonathan Alter, et al., v. Open AI Inc. et al.,* No. 1:23-cv-10211-SHS (S.D.N.Y.).

2. "**Agreement(s)**" means any writing or record of any type or description known to You including, but not limited to, any existing contract, contract renewal, letter of commitment,

12174582v1/018072

# INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify the five OpenAI Individuals who are most knowledgeable about the creation and contents of the Books2 dataset. For each OpenAI Individual identified, include (i) the Person's full name; (ii) any position the Person held with You at the time the Person possessed this knowledge; (iii) any email addresses the Person used to communicate about Books2; and (iv) the name of any other form of ESI (e.g., text messages, Teams, and Slack) the Person used to communicate about or otherwise document information related to Books2.

**INTERROGATORY NO. 2:**

Identify the five OpenAI Individuals who are most knowledgeable about Your data retention policies. For each OpenAI Individual identified, include (i) the Person's full name; (ii) any position the Person held with You at the time the Person possessed this knowledge; (iii) any email addresses the Person used to communicate about the retention policies; and (iv) the name of any other form of ESI (e.g., text messages, Teams, and Slack) the Person used to communicate about or otherwise document information related to the retention policies.

**INTERROGATORY NO. 3:**

Identify any Investors You approached about a potential investment in any OpenAI entity and/or Your LLMs.

**INTERROGATORY NO. 4:**

Identify Microsoft Individuals with whom You have discussed licensing Agreements for the use of copyrighted materials.

**INTERROGATORY NO. 5:**

Identify any third-party individuals or organizations with which You have discussed licensing Agreements for any copyrighted materials.

**INTERROGATORY NO. 6:**

Identify any third-party individuals or organizations with which you have entered into any licensing Agreements for the use of copyrighted materials.

**INTERROGATORY NO. 7:**

Identify the five OpenAI Individuals who are most knowledgeable about Your training dataset used to train LLMs. For each OpenAI Individual identified, include (i) the Person's full name; (ii) any position the Person held with You at the time the Person possessed this knowledge; (iii) any email addresses the Person used to communicate about the training dataset; and (iv) the name of any other form of ESI (e.g., text messages, Teams, and Slack) the Person used to communicate about or otherwise document information related to the training dataset.

Dated: February 23, 2024

/s/ *Justin A. Nelson*
Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel.: 713-651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: 310-789-3100
rnath@susmangodfrey.com

J. Craig Smyser
SUSMAN GODFREY L.L.P.
1901 Avenue of the Americas, 32nd Floor
New York, New York  10019
Tel.: 212-336-8330
csmyser@susmangodfrey.com

/s/ *Rachel German*
Rachel Geman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York  10013-1413
Tel.: 212-355-9500
rgeman@lchb.com

Reilly T. Stoler (*pro hac vice forthcoming*)
Ian M. Bensberg (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Tel.: 415-956-1000
rstoler@lchb.com
ibenserg@lchb.com

Wesley Dozier (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Avenue, Suite 1640
Nashville, TN  37201
Tel.: 615-313-9000
wdozier@lchb.com

/s/ *Scott J. Sholder*
Scott J. Shoulder
CeCe M. Cole
COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 38th Floor
New York, New York  10010
Tel.: 212-974-7474
ssholder@cdas.com
ccole@cdas@com

***Attorney for Plaintiffs and the Proposed Class***

6

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 23, 2024, a copy of the foregoing was served via electronic mail to all counsel of record in this matter.

                                      /s/ *Alejandra C. Salinas*
                                      Alejandra C. Salinas

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUTHORS GUILD, et al., | ECF CASE |
| Plaintiffs, | No. 1:23-cv-08292-SHS; |
| v. | No. 1:23-cv-10211-SHS |
| OPEN AI INC., et al., | **PLAINTIFFS' SECOND SET OF INTERROGATORIES TO OPENAI** |
| Defendants. | |
| JONATHAN ALTER, et al., | |
| Plaintiffs, | |
| v. | |
| OPENAI, INC., et al., | |
| Defendants. | |

**PLAINTIFFS' SECOND SET OF INTERROGATORIES TO OPENAI**

Plaintiffs, by and through their undersigned attorneys, request that OpenAI provide an answer to the Interrogatories within thirty (30) days of the date of service hereof as provided by Federal Rule of Civil Procedure 33.

**DEFINITIONS**

1.  **"Communication(s)"** means the transmittal of information (in the form of facts, ideas, inquiries or otherwise) by any means, including, but not limited to, telephone calls, emails (whether via company server or personal webmail or similar accounts), faxes, text messages (on work or personal phones), instant messages, Skype, Line, WhatsApp, WeChat, other electronic messages, letters, notes, and voicemails.

2. **"Document(s)"** is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Rule 34(a)(1)(A).

3. **"You", "Your",** and **"OpenAI"** means OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OPCO LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, and any of their directors, officers, employees, partners, members, representatives, agents (including attorneys, accountants, consultants, investment advisors or bankers), and any other person acting or purporting to act on their behalf, as well as corporate parents, subsidiaries, affiliates, predecessor entities, successor entities, divisions, departments, groups, acquired entities, related entities, or any other entity acting or purporting to act on their behalf.

4. **"Non-OpenAI Individuals"** means any person or entity that is not a current director, officer, employee, or attorney of OpenAI.

## INTERROGATORIES

**INTERROGATORY NO. 8:**

Identify all Non-OpenAI Individuals to whom You gave access to Books1, or any portion thereof, or who otherwise possessed or possess a copy of Books1, or any portion thereof.

**INTERROGATORY NO. 9:**

Identify all Non-OpenAI Individuals to whom You gave access to Books2, or any portion thereof, or who otherwise possessed or possess a copy of Books2, or any portion thereof.

Dated: April 5, 2024

/s/ Justin A. Nelson
Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002

Tel.: 713-651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: 310-789-3100
rnath@susmangodfrey.com

J. Craig Smyser
SUSMAN GODFREY L.L.P.
1901 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel.: 212-336-8330
csmyser@susmangodfrey.com

*/s/ Rachel Geman*
Rachel Geman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Tel.: 212-355-9500
rgeman@lchb.com

Reilly T. Stoler (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel.: 415-956-1000
rstoler@lchb.com

Wesley Dozier (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Avenue, Suite 1640
Nashville, TN 37201
Tel.: 615-313-9000
wdozier@lchb.com

*/s/ Scott J. Shoulder*
Scott J. Shoulder
CeCe M. Cole

COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 38th Floor
New York, New York  10010
Tel.: 212-974-7474
ssholder@cdas.com
ccole@cdas@com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2024, a copy of the foregoing was served via electronic mail to all counsel of record in this matter.

*/s/ Alejandra C. Salinas*
Alejandra C. Salinas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>OPEN AI INC., et al.,<br><br>   Defendants.<br><br>JONATHAN ALTER, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>OPENAI, INC., et al.,<br><br>   Defendants. | ECF CASE<br><br>No. 1:23-cv-08292-SHS;<br>No. 1:23-cv-10211-SHS<br><br>**PLAINTIFFS' THIRD SET OF INTERROGATORIES TO OPENAI** |

**PLAINTIFFS' THIRD SET OF INTERROGATORIES TO OPENAI**

  Plaintiffs, by and through their undersigned attorneys, request that Defendants provide an answer to the Interrogatories within thirty (30) days of the date of service hereof as provided by Federal Rule of Civil Procedure 33.

**DEFINITIONS**

  1. **"Communication(s)"** means the transmittal of information (in the form of facts, ideas, inquiries or otherwise) by any means, including, but not limited to, telephone calls, emails (whether via company server or personal webmail or similar accounts), faxes, text messages (on work or personal phones), instant messages, Skype, Line, WhatsApp, WeChat, other electronic messages, letters, notes, and voicemails.

**INTERROGATORY NO. 14**:

Identify all models identified in response to Interrogatory No. 10 which trained on any version of the Common Crawl dataset, and for all models identified, identify the version of the Common Crawl dataset (in whole or in part) it was trained on.

**INTERROGATORY NO. 15**:

Identify the location on **OpenAI's** computer systems and name (including any internal designation or description used for internal tracking or reference) of any dataset—used to train any model identified in response to Interrogatory No. 10—that may contain books, and, for any such dataset that is no longer in **OpenAI's** possession, custody, or control due to deletion, the date of such deletion. For each identified dataset, identify all models identified in response to Interrogatory No. 10 that trained on that dataset, or otherwise incorporated in any way the weights produced from training on that dataset.

Dated: May 17, 2024

/s/Justin A. Nelson
Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel.: 713-651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: 310-789-3100
rnath@susmangodfrey.com

J. Craig Smyser
SUSMAN GODFREY L.L.P.
1901 Avenue of the Americas, 32nd Floor

New York, New York 10019
Tel.: 212-336-8330
csmyser@susmangodfrey.com

*/s/Rachel Geman*
Rachel Geman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Tel.: 212-355-9500
rgeman@lchb.com

Reilly T. Stoler (*pro hac vice forthcoming*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel.: 415-956-1000
rstoler@lchb.com
ibenserg@lchb.com

Wesley Dozier (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Avenue, Suite 1640
Nashville, TN 37201
Tel.: 615-313-9000
wdozier@lchb.com

*/s/Scott J. Shoulder*
Scott J. Shoulder
CeCe M. Cole
COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 38th Floor
New York, New York 10010
Tel.: 212-974-7474
sshoulder@cdas.com
ccole@cdas@com

***Attorney for Plaintiffs and the Proposed Class***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2024, a copy of the foregoing was served via electronic mail to all counsel of record in this matter.

                                                                 */s/J. Craig Smyser*
                                                             (Signature)