**KEKER VAN NEST & PETERS**          **LATHAM & WATKINS LLP**          **MORRISON FOERSTER**

October 21, 2025

**VIA ECF**
Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE:      *In re: OpenAI Inc., Copyright Infringement Litigation*, 25-md-3143 (SHS) (OTW)
         This Document Relates To: All Actions

Dear Judge Wang:

On behalf of all parties, counsel for OpenAI hereby respectfully submit the following charts for discussion at the upcoming October 29, 2025 discovery conference:

- **Exhibit A**, which summarizes the discovery disputes in the Class Cases;
- **Exhibit B**, which summarizes the global issues impacting all parties across cases; and
- **Exhibit C**, which summarizes the discovery disputes in the News Cases.

Sincerely,

KEKER, VAN NEST &                LATHAM & WATKINS LLP           MORRISON & FOERSTER
PETERS LLP                                                      LLP

*/s/ Christopher S. Sun*          */s/ Margaret Graham*          */s/ Rose S. Lee*
_____         _____     _____
 Christopher S. Sun                 Margaret Graham                Rose S. Lee